FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

 2012

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLEAR BLUE WATER, LLC,

    Appellant,

- against -

OYSTER BAY MANAGEMENT CO., LLC,

    Appellee.
-----------------------------------------------------------X

**JUDGMENT**
CV-11-4756 (ADS)

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on May 24, 2012, affirming the bankruptcy court's dismissal of the debtor's petition, and directing the Clerk of Court to mark the case as closed, it is

**ORDERED AND ADJUDGED** that appellant take nothing of appellee; that the bankruptcy court's dismissal of the debtor's petition is affirmed; and that this case is hereby closed.

Dated: Central Islip, New York
       June 1, 2012

                            DOUGLAS C. PALMER
                            CLERK OF THE COURT

           By:   /s/ Catherine Vukovich
                 Deputy Clerk